# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 4:15-cv-01324 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-16, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE# 13, OWNER OF IP ADDRESS 76.30.197.146

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE#13, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 76.30.197.146.

DATED: September 04, 2015        Respectfully submitted,

                                            Cobbler Nevada, LLC,

                                    By:    s/Daniel R. Kirshbaum
                                                Daniel R. Kirshbaum, P.C.
                                                Texas Bar No. 11533000
                                                4900 Woodway, Suite 600
                                                Houston, Texas 77056
                                                (832) 617-5683-ofc
                                                (713) 208-7709-cell
                                                (832) 266-0282-fax

                                                s/Keith A. Vogt
                                                Keith A. Vogt, Esq. (Bar No. 6207971)
                                                1033 South Blvd., Suite 200
                                                Oak Park, IL60302
                                                (708) 203.4787
                                                keith@vogtip.com

                                                Attorneys for Plaintiff